UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| RONDA MARIE HERMAN, | * | CIV. 12-5014 |
| Plaintiff, | * | |
| -vs- | * | OPINION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This Court referred the case to United States Magistrate Judge John E. Simko for the purpose of issuing a Report and Recommendation. The Magistrate Judge has recommended that the Commissioner's denial of benefits be reversed and remanded for further administrative proceedings, pursuant to 42 U.S.C. § 405(g), sentence four.

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation and the record of the administrative proceedings. After having reviewed the record, the Court agrees with the Magistrate Judge's Report and Recommendation. Accordingly, it is hereby

ORDERED that:

1.    The Report and Recommendation (Doc. 18) is ADOPTED by the Court.

2.    The Commissioner's decision is REVERSED under sentence four of 42 U.S.C. § 405(g) and the case is REMANDED to the Commissioner for further proceedings.

Dated this 11th day of February, 2013.

BY THE COURT:

_Lawrence L. Piersol_

Lawrence L. Piersol
United States District Judge

ATTEST:

JOSEPH HAAS, Clerk

By _Summer Wahlfeld_, Deputy